MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0458 SI |
| Plaintiff, | |
| v. | [PROPOSED] ORDER CONTINUING SENTENCING TO JANUARY 20, 2011 |
| LUIS MEDEROS-MEDINA, | |
| Defendant. | |

     The defendant pled guilty on September 8, 2010 to the Indictment charging him with being an illegal alien in possession of a firearm, and sentencing was set for November 4, 2010. In order to allow for completion of the presentence investigation report, the sentencing was subsequently rescheduled to December 14, 2010, with the understanding that the Court would need to limit the hearing strictly to one hour.  However, the defendant currently anticipates calling a witness to testify regarding the application of the appropriate offense level under the Sentencing Guidelines; and the government anticipates calling a rebuttal witness.  As such, the parties believe that the sentencing is likely to take more than one hour to complete.  In consultation with the probation officer, the parties now stipulate that the sentencing shall be

//

ORDER CONTINUING SENTENCING TO JANUARY 20, 2011
CR 10-0458 SI

1  continued to January 20, 2011 at 4 p.m.

3      IT IS SO STIPULATED.

5  DATED: October 27, 2010                    /s/
                                              ELIZABETH FALK
6                                             Counsel for Luis Mederos-Medina

8  DATED: October 27, 2010                    /s/
                                              BRIAN C. LEWIS
9                                             Assistant United States Attorney

11     IT IS SO ORDERED.

14 DATED: 11/01/10
                                              _____
15                                            SUSAN ILLSTON
                                              United States District Judge

ORDER CONTINUING SENTENCING TO JANUARY 20, 2011
CR 10-0458 SI                              -2-